**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000695**
**14-MAR-2017**
**09:08 AM**

NO. CAAP-16-0000695

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ISLAND & BLUFFS AT MAUI LANI OWNERS' ASSOCIATION,
Plaintiff-Appellant,
v.
MAUI LANI COMMUNITY ASSOCIATION;
MAUI LANI PARTNERS; LEIANE PACI; STACEY TAKABA,
Defendants-Appellees,
and
DOES 1-100; JOHN DOES 1-100; JANE DOES 1-100;
DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100;
DOE LIMITED LIABILITY COMPANIES 1-100; DOE ENTITIES 1-100,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 15-1-0626(1))


ORDER APPROVING THE FEBRUARY 13, 2017
"STIPULATION FOR DISMISSAL WITH PREJUDICE OF APPEAL"
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal With Prejudice of Appeal," filed February 13, 2017, by Plaintiff-Appellant Island & Bluffs at Maui Lani Owners' Association, it appears that (1) the appeal was docketed on December 12, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b),

the parties stipulate to dismiss the appeal with prejudice and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, March 14, 2017.

Presiding Judge

Associate Judge

Associate Judge